Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis L. Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Christopher T. Varas (Bar No. 257080)
E-Mail: cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-5 D/B/A CHIPSSTORE.COM,<br><br>Defendants. | **CASE NO. CV-09:5301 JSW**<br><br>**[PROPOSED]** ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

1   THE COURT, having considered Plaintiff Zynga Game Network Inc.'s ("Zynga's")
2   Administrative Motion to Continue Case Management Conference ("Motion"), the supporting
3   declaration of Christopher Varas, and all other pleadings on file in this matter, hereby GRANTS
4   Zynga's Motion.  It is hereby ORDERED that the Case Management Conference in this case is
5   CONTINUED until Friday, May 28, 2010 at 1:30pm.  All other dates related to the Case
6   Management Conference, including all ADR dates, are hereby continued accordingly.
7   If Zynga requires additional time to effect service under Federal Rule of Civil Procedure 4(m), it should submit a separate motion to the Court.
8   ~~IT IS SO ORDERED.~~

10  ENTERED THIS 29th DAY OF January, 2010

12  _____
    The Honorable Jeffrey S. White,
13  United States District Court Judge

- 1 -

CASE NO. CV-09:5301 JSW
[~~PROPOSED~~] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE