Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis L. Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Christopher T. Varas (Bar No. 257080)
E-Mail: cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AHMED SUHAIL, d/b/a CHIPSSTORE.COM, an individual,<br><br>Defendant. | **CASE NO. CV-09:5301 JSW**<br><br>**[~~PROPOSED~~] ORDER GRANTING ZYNGA'S MOTION TO CONTINUE OR VACATE CASE MANAGEMENT CONFERENCE** |

THE COURT, having considered Plaintiff Zynga Game Network Inc.'s ("Zynga's") motion to continue or strike the Case Management Conference currently scheduled for May 28, 2010, and having reviewed the supporting declaration of Christopher Varas and the other pleadings on file in this case, and finding good cause, hereby GRANTS Zynga's motion.

It is hereby ORDERED that the Case Management Conference in this matter shall be:

____  Vacated.

  X   Continued until August 13, 2010 at 1:30 p.m.  If Plaintiff files a motion for default judgment before that date, the case management conference shall be vacated without further order of the Court.

IT IS SO ORDERED

ENTERED THIS 18th DAY OF May, 2010

_____
The Jeffrey S. White,
United States District Court Judge

- 1 -

CASE NO. CV-09:5301 JSW
[PROPOSED] ORDER GRANTING MOTION TO CONTINUE OR VACATE CASE MANAGEMENT CONFERENCE

# PROOF OF SERVICE
*Zynga Game Network Inc. v. Ahmed Suhail, d/b/a CHIPSSTORE.COM*
**U.S.D.C., Northern District of California**
**Case No. CV 09-05301 JSW**

I, the undersigned, say: I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212, and I am employed in the office of Keats McFarland & Wilson LLP, by a member of the Bar of this Court, at whose direction the service mentioned herein below was made.

On May 17, 2010, pursuant to the Court's Order Granting Motion to Serve Defendant by Electronic Mail (Doc. 21) filed April 6, 2010, I served the document(s) listed below entitled:

1. **MOTION TO CONTINUE OR VACATE CASE MANAGEMENT CONFERENCE; AND MEMORANDUM OF POINTS AND AUTHORITIES;**

2. **[PROPOSED] ORDER GRANTING ZYNGA'S MOTION TO CONTINUE OR VACATE CASE MANAGEMENT CONFERENCE;**

3. **DECLARATION OF CHRISTOPHER VARAS IN SUPPORT OF ZYNGA'S MOTION TO CONTINUE OR VACATE CASE MANAGEMENT CONFERENCE;**

upon defendant Ahmed Suhail at the following e-mail addresses:

atsuhail@gmail.com; chipsstore@live.com; chipsstore.contact@yahoo.com; gimarco4012@hush.com

BY PDF ELECTRONIC MAIL: On May 17, 2010, from my computer I simultaneously transmitted to the named defendant in this case via electronic mail sent to the electronic addresses above a copy (in pdf form) of each of the foregoing document(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 17, 2010, at Beverly Hills, California.

s/Darrell V. Orme Mann
Darrell V. Orme Mann