UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZYNGA GAME NETWORK INC., )
)
       Plaintiff(s), )   No. C09-5301 JSW (BZ)
)
  v. )   **ORDER RE: REQUEST FOR**
)   **FURTHER INFORMATION**
AHAMED SUHAIL, dba )
CHIPPSTORE.COM, )
)
       Defendant(s). )
)

    To assist the court in analyzing Zynga's motion for default judgment, Zynga is **ORDERED** to submit any authority it has for the proposition that an accounting can be ordered as part of a default judgment by **July 29, 2010**.

Dated: July 22, 2010

                                              Bernard Zimmerman
                                   United States Magistrate Judge

G:\BZALL\-REFS\ZYNGA V. CHIPPSSTORE.COM\ACCOUNTING ISSUE.wpd

1